**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**
Kevin R. Lussier (SBN 143821)
klussier@cmlawfirm.com
Suhail Rajakumar (SBN 327595)
srajakumar@cmlawfirm.com
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
213-689-8500 (phone)
213-689-8501 (fax)

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Jason D. Jones (pro hac vice)
jjones@fzlz.com
Richard Z. Lehv (pro hac vice)
rlehv@fzlz.com
Courtney B. Shier (pro hac vice)
cshier@fzlz.com
151 W. 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendant
SEGA CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN GIOELI,<br><br>    Plaintiff,<br><br>    v.<br><br>SEGA CORPORATION,<br><br>    Defendant | Case No. 2:25-cv-00732 RGK (MAAx)<br><br>**DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:  May 5, 2025<br>Time:  9:00 a.m.<br>Courtroom: 850, 8th Floor |

-1-
DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1  On April 7, 2025, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss"), which Motion to Dismiss is scheduled to be heard on May 5, 2025. (Docket Entry 30). Under Local Civil Rule 7-9, Plaintiff's deadline to serve an opposition to the Motion to Dismiss was April 14, 2025. Alternatively, if Plaintiff intended to file an Amended Complaint in lieu of an opposition to the Motion to Dismiss, then under Section 6 of this Court's Standing Order, Plaintiff was required to file either the Amended Complaint or a Notice of Intent to File Amended Complaint prior to April 14, 2025.

April 14th has come and gone, and Plaintiff has not filed any opposition to the Motion to Dismiss. Nor did Plaintiff file an Amended Complaint or a Notice of Intent to File Amended Complaint prior to April 14th.

Pursuant to Local Civil Rule 7-12, the Court may deem Plaintiff's failure to file an opposition as his consent to granting the Motion to Dismiss. Accordingly, Defendant respectfully requests the Court grant the Motion to Dismiss as conceded. *See, e.g., Pendelton v. 10Q LLC*, 2023 WL 9421797, at *2 (C.D. Cal. Jan. 20, 2023) (Klausner, J.) (granting Rule 12(b)(6) motion to dismiss as conceded under Local Civil Rule 7-12 where plaintiff did not file a timely opposition); *Hungerford v. Synchrony Bank*, 2021 WL 4735735, *2 (C.D. Cal. June 1, 2021) (Klausner, J.) (same).

DATED: April 15, 2025

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**

By: /s/ *Kevin R. Lussier*
Kevin R. Lussier, Esq.
Suhail Rajakumar, Esq.

| | |
|---|---|
| 1 | **FROSS ZELNICK LEHRMAN & ZISSU, P.C.** |
| 2 | Jason D. Jones (pro hac vice) |
| 3 | Richard Z. Lehv (pro hac vice) |
| 4 | Courtney B. Shier (pro hac vice) |
| 5 | Attorneys for Defendant |
| 6 | SEGA CORPORATION |

-3-
DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS