**CRUSER, MITCHELL, NOVITZ,**
**SANCHEZ, GASTON & ZIMET LLP**
Kevin R. Lussier (SBN 143821)
klussier@cmlawfirm.com
Suhail Rajakumar (SBN 327595)
srajakumar@cmlawfirm.com
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90017
213-689-8500 (phone)
213-689-8501 (fax)

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Jason D. Jones (pro hac vice)
jjones@fzlz.com
Richard Z. Lehv (pro hac vice)
rlehv@fzlz.com
Courtney B. Shier (pro hac vice)
cshier@fzlz.com
151 W. 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendant
SEGA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI,<br><br>            Plaintiff,<br>     v.<br><br>SEGA CORPORATION,<br><br>            Defendant. | Case No. 2:25-cv-00732 RGK (MAAx)<br><br>**DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  August 18, 2025<br>Time:  9:00 a.m.<br>Courtroom: 850, 8th Floor<br>Judge: Hon. R. Gary Klausner |

-1-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

Defendant SEGA Corporation ("SEGA") hereby submits this Statement of Uncontroverted Facts In Support of its Motion for Summary Judgment.

## SEGA'S UNCONTROVERTED FACTS

| SEGA's SUF No. | Fact | Supporting Evidence |
|---|---|---|
| 1. | Plaintiff and SEGA's predecessor-in-interest, SEGA of America Dreamcast, Inc. entered into a service agreement on February 1, 2001 (the "Service Agreement"). | First Amended Complaint ("FAC"), Docket Entry ("DE") 17, ¶ 4, p. 2, lines 15-17, ¶¶ 17-18, p. 5:8-14; Defendant's Answer to FAC ("Answer"), DE 50, ¶ 4, p. 3:9-16, ¶¶ 17-18, p. 5:9-16; Declaration of Daisuke Ogawa ("Ogawa Decl.") ¶ 3, p. 2:17-19 and Ex. A thereto, DE 54-4. |
| 2. | The Service Agreement provided that Plaintiff would write lyrics for the song "Live and Learn" to be included in SEGA's *Sonic Adventure 2* video game. | FAC ¶ 4, p. 2:15-17, ¶¶ 17-18, p. 5:8-14; Answer ¶ 4, p. 3:9-16, ¶¶ 17-18, p. 5:9-16; Ogawa Decl., Ex. A at p. 6, DE 54-3. |
| 3. | Plaintiff provided a vocal performance of the "Live and Learn" lyrics for the sound recording of the song. | Ogawa Decl., Ex. D at p. 47 (DE 54-6), Ex. E at p. 62 (DE 54-7), Ex. F at p. 82 (DE 54-8). Ex. H at p. 119 (DE 54-10). |

| | | |
|---|---|---|
| 4. | Plaintiff does not claim to own any rights in the lyrics of "Live and Learn." | Plaintiff's Memorandum in Opposition to SEGA's Motion to Dismiss (DE 37 at p. 7:18-20) |
| 5. | Plaintiff's claim to co-own the "Live and Learn" musical composition copyright is limited to the music and arrangement of "Live and Learn." | Plaintiff's Memorandum in Opposition to SEGA's Motion to Dismiss (DE 37 at p. 8:1-2). |
| 6. | SEGA released the *Sonic Adventure 2* video game in 2001. | Ogawa Decl. ¶ 5, p. 2:23-24. |
| 7. | Plaintiff was aware that the *Sonic Adventure 2* video game was released in 2001 and that "Live and Learn" was used in the game. | FAC ¶ 39, p. 9:1-2; Answer ¶ 39, p. 6:20-23. |
| 8. | The credits for "Music & Lyrics" in the *Sonic Adventure 2* video game read: "Music & Lyrics: June Senoue, Fumie Kumatani, Kenichi Tokoi, [and] Tomoya Ohtani," as shown below:<br><br>**Music & Lyrics**<br>Jun Senoue<br>Fumie Kumatani<br>Kenichi Tokoi<br>Tomoya Ohtani | Ogawa Decl., Ex. C at p. 35, DE 54-5. |
| 9. | The credits for "Music & Lyrics" in the *Sonic Adventure 2* video game do not mention Plaintiff. | Ogawa Decl., Ex. C at p. 35, DE 54-5. |
| 10. | The copyright notice for the *Sonic Adventure 2* video game reads:<br><br>"© SEGA CORPORATION, 2001" | Ogawa Decl., Ex. C at p. 18, DE 54-5. |

-3-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 11. | In 2001, SEGA released a music CD titled *Sonic Adventure 2 Cuts Unleashed: SA2 Vocal Collection* ("*Cuts Unleashed*"). | Ogawa Decl. ¶ 7, p. 3:2-3. |
| 12. | The *Cuts Unleashed* CD includes "Live and Learn." | Ogawa Decl. ¶ 7, p. 3:4-6, Ex. D at pp. 39, 43, DE 54-6. |
| 13. | The credits in the *Cuts Unleashed* CD for the "Music" and "Arrangement" of "Live and Learn" read: "MUSIC: JUN SENOUE" and "ARRANGEMENT: JUN SENOUE," as shown below:<br><br>◎ LIVE & LEARN ◎<br>MUSIC : JUN SENOUE<br>WORDS : JOHNNY GIOELI<br>ARRANGEMENT : JUN SENOUE<br><br>VOCALS : JOHNNY GIOELI<br>GUITARS : JUN SENOUE<br>BASS : TAKESHI TANEDA<br>DRUMS : KATSUJI<br><br>SOUND PRODUCED BY JUN SENOUE<br>(WAVEMASTER INC. / SONIC TEAM USA)<br><br>TRACKED AT THE OWLS NEST, CA, USA<br>MIT STUDIO, TOKYO, JAPAN<br>CAN-AM RECORDERS, CA, USA<br>TRACKED BY THE RIDDLE<br>HIROKAZU AKASHI (WAVEMASTER INC.)<br><br>MIXED AT CAN-AM RECORDERS, CA, USA<br>MIXED BY THE RIDDLE | Ogawa Decl., Ex. D at p. 47, DE 54-6. |
| 14. | The *Cuts Unleashed* CD credits Plaintiff only with providing "Words" and "Vocals" for "Live and Learn." | Ogawa Decl., Ex. D at p. 47, DE 54-6. |
| 15. | The copyright notice for the *Cuts Unleashed* CD reads:<br><br>"© SONICTEAM/SEGA, 2001" | Ogawa Decl., Ex. D at p. 48, DE 54-6. |
| 16. | On June 1, 2001, SEGA and Plaintiff entered into a "Premium Payment Agreement" (the "Premium Agreement"). | Ogawa Decl. ¶ 4, p. 2:20-21 and Ex. B thereto, DE 54-4. |

-4-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 17. | The Premium Agreement states that "certain sound recordings of music composition were provided to SEGA as works for hire by the Artist [Plaintiff]"—including "Live and Learn." | Ogawa Decl., Ex. B at p. 12, DE 54-4. |
| 18. | The Premium Agreement states that "Live and Learn" is on the *Cuts Unleashed* CD. | Ogawa Decl., Ex. B at p. 14 (Item 9), DE 54-4. |
| 19. | The Premium Agreement states that SEGA had granted a license to Nippon Columbia Co., Ltd. ("Nippon") to make certain songs, including "Live and Learn," available on Nippon's website for downloading. | Ogawa Decl., Ex. B at p. 12, DE 54-4. |
| 20. | The Premium Agreement states that "although SEGA has all right, title or interest to and from the Sound Recordings [including "Live and Learn"], SEGA is willing to pay [a] premium to [Plaintiff] for his contribution to the Sound Recording" of "Live and Learn" based on the number of times the song was downloaded from the Nippon website. | Ogawa Decl., Ex. B at p. 12, DE 54-4. |
| 21. | There is no mention in the Premium Agreement of paying Plaintiff any royalty related to the "Live and Learn" musical composition copyright. | Ogawa Decl., Ex. B, DE 54-4. |
| 22. | By the terms of the Premium Agreement, Plaintiff was aware as of June 2001 (i) of the existence of the *Cuts Unleashed* CD and (ii) that "Live and Learn" was on the *Cuts Unleashed* CD. | Ogawa Decl., Ex. B at p. 14 (Item 9), DE 54-4. |
| 23. | SEGA has never paid Plaintiff any royalties from the exploitation of the "Live and Learn" musical composition copyright in connection with the *Cuts Unleashed* CD. | FAC ¶ 64, p. 14:14-17, ¶ 67, p. 15:8-10; Answer ¶ 64, p. 9:15. |

-5-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 24. | In 2001, SEGA released a music CD titled the *Multi-Dimensional Sonic Adventure 2 Original Soundtrack* (the "*Original Soundtrack*"). | Ogawa Decl. ¶ 9, p. 3:12-13. |
| 25. | The *Original Soundtrack* includes "Live and Learn." | Ogawa Decl. ¶ 9, p. 3:13-16 and Ex. E thereto at pp. 51, 62, DE 54-7. |
| 26. | The credits in the *Original Soundtrack* CD for the "Music & Arrangement" of "Live and Learn" read: "Music & Arrangement: J. Senoue," as shown below:<br><br>31. Live & Learn …Main Theme of "SONIC ADVENTURE 2"<br>(Music & Arrangement: J.Senoue, Words: J.Gioeli)<br>Vocals - Johnny Gioeli, Guitars - Jun Senoue<br>Bass - Takeshi Taneda, Drums - Katsuji<br>Recorded at Can-Am Recorders, MIT Studio<br>Recorded by The Riddle, Hirokazu Akashi, Chifumi Karasawa<br>Mixed at Can-Am Recorders<br>Mixed by The Riddle | Ogawa Decl., Ex. E at p. 62, DE 54-7. |
| 27. | The *Original Soundtrack* CD credits Plaintiff only with providing "Words" and "Vocals" for "Live and Learn." | Ogawa Decl., Ex. E at p. 62, DE 54-7. |
| 28. | The copyright notice for the *Original Soundtrack* CD reads:<br><br>"© SONICTEAM/SEGA, 2001" | Ogawa Decl., Ex. E at pp. 51, 71, DE 54-7. |
| 29. | SEGA has never paid Plaintiff any royalties from the exploitation of the "Live and Learn" musical composition copyright in connection with the *Original Soundtrack* CD. | FAC ¶ 64, p. 14:14-17, ¶ 67, p. 15:8-10; Answer ¶ 64, p. 9:15. |

-6-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| # | | |
|---|---|---|
| 30. | In 2011, as part of the 20th anniversary of the creation of the Sonic the Hedgehog character, SEGA released a music CD titled *Sonic Adventure 2 Original Soundtrack: 20th Anniversary Edition* (the "*20th Anniversary Edition*"). | Ogawa Decl. ¶ 11, p. 3:20-22. |
| 31. | The *20th Anniversary Edition* includes "Live and Learn." | Ogawa Decl. ¶ 11. P. 3:22-24 and Ex. F thereto at pp. 74, 82, DE 54-8. |
| 32. | The credits in the *20th Anniversary Edition* CD for the "Music & Arrangement" of "Live and Learn" read: "Music & Arrangement: Jun Senoue," as shown below:<br><br>28. **Live & Learn**<br>...Main Theme of "Sonic Adventure 2"<br>Performed by Crush 40<br>Words: Johnny Gioeli<br>Music & Arrangement: Jun Senoue<br>Vocals: Johnny Gioeli<br>Guitars & Programming: Jun Senoue<br>Bass: Takeshi Taneda<br>Drums: Katsuji | Ogawa Decl., Ex. F at p. 82, DE 54-8. |
| 33. | The *20th Anniversary Edition* CD credits Plaintiff only with providing "Words" and "Vocals" for "Live and Learn." | Ogawa Decl., Ex. F at p. 82, DE 54-8. |
| 34. | The copyright notice for the *20th Anniversary Edition* CD reads:<br><br>"© SEGA" | Ogawa Decl., Ex. F at pp. 74, 87, DE 54-8. |
| 35. | Plaintiff was aware of as of May 2011 of the existence of the *20th Anniversary Edition* CD and that "Live and Learn" was on the CD. | Ogawa Decl., Ex. G, DE 54-9. |

-7-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| # | Fact | Citation |
|---|------|----------|
| 36. | Plaintiff provided SEGA with a quotation concerning the "Live and Learn" song to be used in the CD booklet for the *20th Anniversary Edition* CD. | Ogawa Decl. ¶ 13, p. 4:1-7, Ex. G at p. 89, DE 54-9. |
| 37. | The *20th Anniversary Edition* includes a quotation from Plaintiff in which Plaintiff recounts a story involving Plaintiff meeting a young fan on an airplane who loved the "Live and Learn" song. | Ogawa Decl., Ex. F at p. 85, DE 54-8. |
| 38. | SEGA has never paid Plaintiff any royalties from the exploitation of the "Live and Learn" musical composition copyright in connection with the *20th Anniversary Edition* CD. | FAC ¶ 64, p. 14:14-17, ¶ 67, p. 15:8-10; Answer ¶ 64, p. 9:15. |
| 39. | In 2018, SEGA released the *Sonic Adventure 2 Original Soundtrack: Vinyl Edition* (the "*Vinyl Edition*"). | Ogawa Decl. ¶ 14, p. 4:9-11. |
| 40. | The *Vinyl Edition* includes "Live and Learn." | Ogawa Decl. ¶ 14, p. 4:11-13 and Ex. H thereto at p. 93, DE 54-10. |
| 41. | The credits in the *Vinyl Edition* for the "Music & Arrangement" of "Live and Learn" read: "Music & Arrangement by Jun Senoue," as shown below:<br><br>A7. Live & Learn ...Main Theme of "SONIC ADVENTURE 2"<br>Performed by Crush 40<br>Music & Arrangement by Jun Senoue<br>Words by Johnny Gioeli<br>Vocals: Johnny Gioeli<br>Guitars: Jun Senoue<br>Bass: Takeshi Taneda<br>Drums: Katsuji<br>Mixed by The Riddle | Ogawa Decl., Ex. H at p. 119, DE 54-10. |
| 42. | The *Vinyl Edition* LP credits Plaintiff only with providing "Words" and "Vocals" for "Live and Learn." | Ogawa Decl., Ex. H at p. 119, DE 54-10. |

-8-
DEFENDANT'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

| 43. | The copyright notice for the *Vinyl Edition* LP reads:<br><br>"© 2017 SEGA" | Ogawa Decl., Ex. H at pp. 93, 120, DE 54-10. |
|---|---|---|
| 44. | SEGA has never paid Plaintiff any royalties from the exploitation of the "Live and Learn" musical composition copyright in connection with the *Vinyl Edition* LP. | FAC ¶ 64, p. 14:14-17, ¶ 67, p. 15:8-10; Answer ¶ 64, p. 9:15. |
| 45. | SEGA has never paid Plaintiff any royalties from SEGA's exploitation of the "Live and Learn" musical composition copyright. | FAC ¶ 64, p. 14:14-17, ¶ 67, p. 15:8-10; Answer ¶ 64, p. 9:15. |

DATED: July 18, 2025

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**

By: */s/ Kevin R. Lussier*
Kevin R. Lussier
Suhail Rajakumar

Jason D. Jones (pro hac vice)
Richard Z. Lehv (pro hac vice)
Courtney B. Shier (pro hac vice)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**

Attorneys for Defendant
SEGA CORPORATION