**CRUSER, MITCHELL, NOVITZ,**
**SANCHEZ, GASTON & ZIMET LLP**
Kevin R. Lussier (SBN 143821)
klussier@cmlawfirm.com
Suhail Rajakumar (SBN 327595)
srajakumar@cmlawfirm.com
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
213-689-8500 (phone)
213-689-8501 (fax)

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Jason D. Jones (pro hac vice)
jjones@fzlz.com
Richard Z. Lehv (pro hac vice)
rlehv@fzlz.com
Courtney B. Shier (pro hac vice)
cshier@fzlz.com
151 W. 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendant
SEGA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI,<br><br>    Plaintiff,<br>  v.<br><br>SEGA CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-00732 RGK (MAAx)<br><br>**DECLARATION OF DAISUKE OGAWA IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 18, 2025<br>Time: 9:00 a.m.<br>Courtroom: 850, 8th Floor<br>Judge: Hon. R. Gary Klausner |

-1-
DECLARATION OF DAISUKE OGAWA IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

# DECLARATION OF DAISUKE OGAWA

I, Daisuke Ogawa, declare as follows:

1. I am a Group IP Specialist for Defendant SEGA Corporation ("SEGA"), a position I have held since April 2025. Before accepting this position, I held various IP-related positions in SEGA in the past 16 years. I am not an attorney. In my role as Group IP Specialist, I am responsible for providing several IP legal support services to SEGA and its subsidiaries' businesses, including providing in-house training to SEGA's business units on intellectual property issues and to serving as a liaison between those business units and SEGA's in-house attorneys.

2. I am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge and my review of the business records of SEGA to which I have access. The exhibits attached hereto were obtained from the business records of SEGA. I make this declaration in support of SEGA's Motion for Summary Judgment. If called as a witness, I could and would competently and truthfully testify as set forth below.

## I.  SEGA's 2001 Agreements with Plaintiff

3. Attached hereto as **Exhibit A** is a true and correct copy of a signed "Service Agreement" dated February 1, 2001, between Plaintiff and SEGA's predecessor-in-interest, SEGA of America Dreamcast, Inc.

4. Attached hereto as **Exhibit B** is a true and correct copy of a signed "Premium Payment Agreement" dated June 1, 2001, between Plaintiff and SEGA.

## II.  The *Sonic Adventure 2* Videogame

5. The *Sonic Adventure 2* videogame was released by SEGA in the summer of 2001. The videogame featured the "Live and Learn" song, as well as various other songs and music tracks.

6. Attached hereto as **Exhibit C** is a true and correct copy of the cover of the *Sonic Adventure 2* videogame, as well as the game manual.

### III. The *Sonic Adventure 2 Cuts Unleashed: SA2 Vocal Collection* CD

7. Also in the summer of 2001, SEGA released a CD containing songs from the *Sonic Adventure 2* videogame. This CD is titled *Sonic Adventure 2 Cuts Unleashed: SA2 Vocal Collection*. This CD consists of eight (8) songs from the *Sonic Adventure 2* videogame that contained lyrics—one of which was the "Live and Learn" song.

8. Attached hereto as **Exhibit D** is a true and correct copy of the cover of the *Sonic Adventure 2 Cuts Unleashed: SA2 Vocal Collection* CD, as well as the album booklet. This CD is named as Item 9 on page 3 of the Premium Payment Agreement (which is **Exhibit B** hereto).

### IV. The *Sonic Adventure 2* Original Soundtrack

9. In the fall of 2001, SEGA released a CD soundtrack for the *Sonic Adventure 2* videogame titled *Sonic Adventure 2 Original Soundtrack*. This soundtrack contains some of the songs that were featured on the *Sonic Adventure 2 Cuts Unleashed: SA2 Vocal Collection* CD (including "Live and Learn"), as well as non-vocal music tracks from the *Sonic Adventure 2* videogame.

10. Attached hereto as **Exhibit E** is a true and correct copy of the cover of the *Sonic Adventure 2 Original Soundtrack* CD, as well as the album booklet.

### V. The *Sonic Adventure 2 Original Soundtrack: 20th Anniversary Edition*

11. In the summer of 2011, as part of the 20th Anniversary of the Sonic the Hedgehog character, SEGA released a CD soundtrack titled *Sonic Adventure 2 Original Soundtrack: 20th Anniversary Edition*. This soundtrack was a re-release of some songs from the *Sonic Adventure 2* videogame (including "Live and Learn"), as well as non-vocal music tracks from the *Sonic Adventure 2* videogame.

12. Attached hereto as **Exhibit F** is a true and correct copy of the cover of the *Sonic Adventure 2 Original Soundtrack: 20th Anniversary Edition* CD, as well as the album booklet.

13. Plaintiff provided SEGA with a quotation concerning the "Live and Learn" song for SEGA to use in the CD booklet for the *20th Anniversary Edition* CD. Attached hereto as **Exhibit G** is a true and correct copy of an email chain from May 2, 2011 to May 4, 2011 between SEGA employee Jun Senoue and Plaintiff in which Plaintiff provides a quotation for SEGA to use in the *20th Anniversary Edition* CD. This quotation appears on the next to last page of the *20th Anniversary Edition* CD booklet (which is **Exhibit F** hereto).

**VI. The *Sonic Adventure 2 Original Soundtrack: Vinyl Edition***

14. In early 2018, SEGA released a vinyl edition of the *Sonic Adventure 2 Original Soundtrack*. This record was titled *Sonic Adventure 2 Original Soundtrack: Vinyl Edition*. This record was a re-release on vinyl of some songs from the *Sonic Adventure 2* videogame (including "Live and Learn"), as well as non-vocal music tracks from the *Sonic Adventure 2* videogame.

15. Attached hereto as **Exhibit H** is a true and correct copy of the front and back cover of the *Sonic Adventure 2 Original Soundtrack: Vinyl Edition* record, as well as the record booklet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2025, in Tokyo, Japan.

By: /s/ Daisuke Ogawa
Daisuke Ogawa

-4-
DECLARATION OF DAISUKE OGAWA IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT