# EXHIBIT G

**From:**          Jun Senoue <crush40@gmail.com>
**Sent:**          Wednesday, July 9, 2025 6:51 AM
**To:**          Jun.Senoue@sega.com
**Subject:**       Fwd: from Jun to Johnny

---------- Forwarded message ---------
From: **Johnny Gioeli**
Date: Wed, May 4, 2011 at 10:11 PM
Subject: Re: from Jun to Johnny
To: Jun Senoue

Jun,

Notes for the booklet:


Live and Learn has got to be one of my favorite Crush40 tunes...it also has a very memorable story attached to it's history.  I was on a plane headed to California...sitting next to a young gamer with his face plastered into his screen.  I was obviously interested in knowing if he was a SEGA/Sonic fan.  I simply asked him if he's into Sonic and he chirped a quiet..."yup".  Now that I had some of his attention, I asked if he ever listened to the music and if he likes the music with the games.  Again very very quietly said....yes...there's a song called "Live and Learn" and it's my all-time favorite.  So, I replied...."cool, my buddy Jun Senoue and I wrote it".  The kid's head popped up out of his screen...he looked at me and SCREAMED!!  Scaring half the plane, his Mother came over with great concern.  Then, her son explained in a machine-gun voice style who I am making his Mother so excited that she kicked her son out of the seat. She talked to me about music the rest of the flight! Needless to say, I was no longer bored on that flight.  Haaaaaaaaa!!!!!  Hanging on the edge of tomorrow..............



Hope this works for you Jun.
J

**Johnny Gioeli**

tel     909.652.5900 ext 102
mobile  909.731.1253

California - New York

**VoiceGenix LLC | IVR Technologies | Enterprise eCommerce | www.voicegenx.com**

1

Exhibit G-89

On May 2, 2011, at 12:05 PM, Jun Senoue wrote:


Hi Johnny,

We have a plan to re-release "Sonic Adventure 2" soundtrack for Japanese domestic market this year.
It will contain "Live & Learn" and can we have your comments regarding that song for the booklet, please?
Maybe the story of boy you met on the plane? Please let me know what you think.

Thanks!

-Jun!

Exhibit G-90