**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**
Kevin R. Lussier (SBN 143821)
klussier@cmlawfirm.com
Suhail Rajakumar (SBN 327595)
srajakumar@cmlawfirm.com
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017
213-689-8500 (phone)
213-689-8501 (fax)

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Jason D. Jones (pro hac vice)
jjones@fzlz.com
Richard Z. Lehv (pro hac vice)
rlehv@fzlz.com
Courtney B. Shier (pro hac vice)
cshier@fzlz.com
151 W. 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendant
SEGA OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI, | Case No. 2:25-cv-00732 RGK (MAAx) |
| Plaintiff, | **DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SEGA OF AMERICA, INC., | |
| Defendant | Date: August 18, 2025 |
| | Time: 9:00 a.m. |
| | Courtroom: 850, 8th Floor |

-1-
DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On July 18, 2025, Defendant filed its Motion for Summary Judgment (the "Motion"), which is scheduled to be heard on August 18, 2025. (Docket Entry 54). Under Local Civil Rule 7-9, Plaintiff had until July 28, 2025, to either (i) file an opposition to the Motion or (ii) file a written statement that he would not be opposing the Motion.

July 28th has come and gone and Plaintiff has not filed an opposition to the Motion or filed the "Statement of Genuine Disputes" required by Local Rule 56-2. Accordingly, there is no opposition for Defendant to reply to. Nor has Plaintiff filed a written statement that he will not be opposing the Motion as required by Local Rule 7-9.

It should be noted that this is the third time Plaintiff has failed to comply with the Court's deadlines. First, Plaintiff failed to file a timely opposition to Defendant's Rule 12(b)(6) motion to dismiss—which resulted in the Court warning Plaintiff that "future late filings may have consequences." (Docket Entry 43 at p. 2 n. 1). Second, Plaintiff's counsel failed to appear at the May 12, 2025, Initial Scheduling Conference in this case—which resulted in the Court issuing an order requiring Plaintiff to show cause why its First Amended Complaint should not be stricken for Plaintiff's counsel's failure to appear. (Docket Entry 42, 47). And now, Plaintiff has failed to file an opposition or written statement in response to Defendant's Motion.

Accordingly, Defendant respectfully requests the Court take the Motion under submission as unopposed.

DATED: August 4, 2025

**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**

By: /s/ *Kevin R. Lussier*
Kevin R. Lussier, Esq.
Suhail Rajakumar, Esq.

-2-

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Jason D. Jones (pro hac vice)
Richard Z. Lehv (pro hac vice)
Courtney B. Shier (pro hac vice)

Attorneys for Defendant
SEGA CORPORATION

DEFENDANT'S NOTICE OF PLAINTIFF'S FAILURE TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT