**CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET LLP**
Kevin R. Lussier (SBN 143821)
klussier@cmlawfirm.com
Suhail Rajakumar (SBN 327595)
srajakumar@cmlawfirm.com
800 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90017
213-689-8500 (phone)
213-689-8501 (fax)

**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
Jason D. Jones (pro hac vice)
jjones@fzlz.com
Richard Z. Lehv (pro hac vice)
rlehv@fzlz.com
Courtney B. Shier (pro hac vice)
cshier@fzlz.com
151 W. 42nd Street, 17th Floor
New York, NY 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Defendant
SEGA CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI, | Case No. 2:25-cv-00732 RGK (MAAx) |
| Plaintiff, | **DEFENDANT SEGA CORPORATION'S NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT** |
| v. | |
| SEGA CORPORATION, | |
| Defendant. | |

-1-

1    Defendant, SEGA Corporation ("SEGA") hereby lodges its [Proposed] Final

2    Judgment in accordance with the Court's August 22, 2025 Order Re: Plaintiff's

3    Motion to Extend Time to Respond to Motion for Summary Judgment Under Rule

4    56(d); Defendant's Motion for Summary Judgment (Docket Entry 61).

5

6    DATED: August 27, 2025               **CRUSER, MITCHELL, NOVITZ,**

7                                          **SANCHEZ, GASTON & ZIMET LLP**

8                                          By: _/s/ Kevin R. Lussier_

9                                          Kevin R. Lussier

10                                          Suhail Rajakumar

11                                          Jason D. Jones (pro hac vice)

12                                          Richard Z. Lehv (pro hac vice)
                                           Courtney B. Shier (pro hac vice)

13                                          **FROSS ZELNICK LEHRMAN &**

14                                          **ZISSU, P.C.**

15                                          Attorneys for Defendant

16                                          SEGA CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT SEGA CORPORATION'S NOTICE OF LODGING OF [PROPOSED] FINAL JUDGMENT