AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court, Central District of California |
| DOCKET NO.  2:25cv0732 RGK (MAAx) | DATE FILED  12/6/2024 |
| PLAINTIFF | DEFENDANT |
| John Gioeli also known as Johnny Gioeli | Sega of America, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PA0002462680 | Live and Learn | Johnny Gioeli |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>8/28/2025 |
|---|---|---|
| CLERK<br>Brian D. Karth | (BY) DEPUTY CLERK<br>L Chai | DATE<br>8/28/2025 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   X
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI, | Case No. 2:25-cv-00732 RGK (MAAx) |
| Plaintiff, | [PROPOSED] FINAL JUDGMENT |
| v. | |
| SEGA CORPORATION, | |
| Defendant. | |

On February 7, 2025, John Gioeli ("Plaintiff") filed the operative First Amended Complaint ("FAC") against SEGA Corporation ("Defendant") alleging claims for relief for Declaratory Relief, Breach of Contract, Accounting, and Unjust Enrichment. On April 7, 2025, Defendant filed a Motion to Dismiss the FAC. On May 13, 2025, the Court granted Defendant's Motion to Dismiss in part with prejudice, but allowed certain claims for a Declaratory Judgment, an Accounting, and Unjust Enrichment to remain, and granted Plaintiff leave to amend the FAC as

to part of the Breach of Contract claim. Plaintiff did not file an amended complaint, thus forfeiting his Breach of Contract claim altogether.

On June 10, 2025, Defendant filed its Answer to the FAC, disputing the remaining claims therein, praying for judgment in its favor, and requesting as part of that judgment that the Court order Plaintiff to cancel in the United States Copyright Office the Copyright Registrations referenced in Paragraph 13 of the FAC and any other Copyright Registrations Plaintiff claims to own in whole or in part for the musical work "Live and Learn."

On July 18, 2025, Defendant filed a Motion for Summary Judgment as to Plaintiff's remaining claims in the FAC.

The Court, Hon. R. Gary Klausner, District Judge Presiding, having fully considered the Motion for Summary Judgment and the evidence presented therein, granted Defendant's Motion for Summary Judgment by written order dated August 22, 2025.

Accordingly, IT IS ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of the FAC;
2. Judgment on the FAC is hereby entered in favor of Defendant and the action is dismissed in its entirety with prejudice on the merits.

Dated: 8/28/2025

By: _____
Hon. R. Gary Klausner
United States District Judge