closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIOELI,<br><br>    Plaintiff,<br>v.<br><br>SEGA CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-00732 RGK (MAAx)<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT TO INCLUDE AWARD OF ATTORNEYS' FEES AND COSTS** |

On February 7, 2025, John Gioeli ("Plaintiff") filed the operative First Amended Complaint ("FAC") against SEGA Corporation ("Defendant") alleging claims for relief for Declaratory Relief, Breach of Contract, Accounting, and Unjust Enrichment. On April 7, 2025, Defendant filed a Motion to Dismiss the FAC. On May 13, 2025, the Court granted Defendant's Motion to Dismiss in part with prejudice, but allowed certain claims for a Declaratory Judgment, an Accounting, and Unjust Enrichment to remain, and granted Plaintiff leave to amend the FAC as to part of the Breach of Contract claim. Plaintiff did not file an amended complaint, thus forfeiting his Breach of Contract claim altogether.

On June 10, 2025, Defendant filed its Answer to the FAC, disputing the remaining claims therein, praying for judgment in its favor, and requesting as part of that judgment that the Court order Plaintiff to cancel in the United States Copyright Office the Copyright Registrations referenced in Paragraph 13 of the FAC and any other Copyright Registrations Plaintiff claims to own in whole or in part for the

musical work "Live and Learn."

On July 18, 2025, Defendant filed a Motion for Summary Judgment as to Plaintiff's remaining claims in the FAC.

The Court, Hon. R. Gary Klausner, District Judge Presiding, having fully considered the Motion for Summary Judgment and the evidence presented therein, granted Defendant's Motion for Summary Judgment by written order dated August 22, 2025.

On September 11, 2025, Defendant filed a Motion for Attorneys' Fees. The Court, Hon. R. Gary Klausner, District Judge Presiding, having fully considered the Motion for Attorneys' Fees and the evidence presented therein, granted Defendant's Motion for Attorneys' Fees by written order dated October 23, 2025.

Accordingly, IT IS ORDERED AND ADJUDGED that

1. Plaintiff take nothing by way of the FAC;
2. Judgment on the FAC is hereby entered in favor of Defendant and the action is dismissed in its entirety with prejudice on the merits.

IT IS FURTHER ORDERED that Plaintiff shall be liable to Defendant in the amount of $364,477.50 in attorneys' fees and $1,500 in costs for a total of $365,977.50.

Dated: 10/30/2025     By: _____
                         Hon. R. Gary Klausner
                         United States District Judge